PEOPLE ex rel. COFFEY, Respondent, v. DEMOCRATIC GENERAL COMMITTEE OF KINGS COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1900.) Action by the people of the state of New York, on the relation of Michael J. Coffey, against the Democratic General Committee of Kings County. No opinion. Motion to resettle order granted, and order, as resettled, signed. See 65 N. Y. Supp. 57.

PEOPLE ex rel. DERMODY v. YORK et al. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by the people of the state of New York, on the relation of Joseph T. Dermody, against Bernard J. York and others. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 2.

PEOPLE ex rel. DONNELLY v. MOSS et al. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by the people of the state of New York, on the relation of John A. Donnelly, against Frank Moss and others. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 912.

PEOPLE ex rel. HALLIDAY, Appellant, v. LANTRY, Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Proceedings by the people of the state of New York, on the relation of Joseph G. Halliday, against Francis J. Lantry, commissioner, etc. L. J. Grant, for appellant. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. HENDERSON, Appellant, v. YORK et al., Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Proceedings by the people of the state of New York, on the relation of John C. Henderson, against Bernard J. York and others. L. J. Grant. for appellant. W. B. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MALLON v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by the people of the state of New York, on the relation of Francis Mallon, against Theodore Roosevelt and others. No opinion. Motion denied. See 44 N. Y. Supp. 655.

PEOPLE ex rel. MILLER, Appellant, v. ELMENDORF, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Proceedings by the people of the state of New York, on the relation of Hiram H. Miller, against William C. Elmendorf, as mayor, etc. No opinion. Motion denied, without costs. See 59 N. Y. Supp. 115; 64 N. Y. Supp. 775.

PEOPLE ex rel. REISS, Respondent, v. AMERICAN SPIRITS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Proceedings by the people of the state of New York, on the relation of Bert Reiss, against the American Spirits Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements. See 62 N. Y. Supp. 145.

PEOPLE ex rel. THOMPSON, Respondent, v. DALTON, Commissioner, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Application by the people, on the relation of Albert C. Thompson, for mandamus to William Dalton, commissioner of water supply of the city of New York. From an order granting a peremptory writ, defendant appeals. Affirmed. See 60 N. Y. Supp. 876. Theodore Connoly, for appellant. Julius M. Mayer, for respondent.

PER CURIAM. The questions involved in this appeal are the same as those arising and disposed of in the case of People v. Dalton (decided herewith) 65 N. Y. Supp. 342; and, for the reasons stated in the opinion in that case, this order must be affirmed, with costs.

INGRAHAM, J., dissents.

PINSKER et al., Respondents, v. PINSKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Fred J. Pinsker and George J. Pinsker against Adolph Pinsker and Julius A. Pinsker. No opinion. Application granted, and order resettled, by adding at the end thereof the words, "after hearing all legal evidence that either party may offer." See 60 N. Y. Supp. 902.

PITCH–PINE LUMBER CO., Respondent, v. HIERONYMUS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by the Pitch-Pine Lumber Company against William T. Hieronymus and others. J. A. Rosenberg, for appellants. H. Hasbrouck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PULLAR v. WALLER et al. (Supreme Court, Special Term, New York County. May, 1899.) Action by Joseph W. Pullar against Thomas M. Waller and others to set aside a contract and deed as procured by fraud and undue influence. Motion by certain defendants, who were attorneys, to send the issues of fact, consisting of fraud, duress, and undue influence, to a jury for trial. Wayland E. Benjamin, for the motion. Schuyler C. Carlton, opposed.

PER CURIAM. Motion denied.

QUIGLEY v. LEVERING et al. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Mary Quigley, as administratrix, against William M. Levering and another. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 1059.